UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | |
|---|---|
| **MICHAEL BENGLIS** | **CASE NO. 2:17-CV-00537** |
| **VERSUS** | **JUDGE ROBERT G. JAMES** |
| **U S COMMISSIONER SOCIAL SECURITY ADMINISTRATION** | **MAG. JUDGE PEREZ-MONTES** |

## JUDGMENT

The Report and Recommendation of the Magistrate Judge having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

IT IS ORDERED, ADJUDGED, AND DECREED that the Commissioner's decision is AFFIRMED in its entirety, and this matter is hereby DISMISSED WITH PREJUDICE.

SIGNED in Monroe, Louisiana, the 20th day of September, 2018.

_____
ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE